| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 4/7/2022 |

KATHLEEN LAWTON,

                                        **Plaintiff,**

-against-

DOVER MOTORSPORTS, INC., ET AL.,

                                        **Defendants.**

**21-cv-10414 (ALC)**

**ORDER TO SHOW CAUSE**

**ANDREW L. CARTER, JR., United States District Judge:**

      On December 6, 2021, Plaintiff filed a Complaint commencing this action. ECF No. 1.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Under this rule, Plaintiff was required to serve Defendants no later than March 7, 2022.

      The 90-day period permitted under Rule 4(m) lapsed over eight months ago. To date, it does not appear that any proof of service has been filed, nor has there been any application for the extension of time that shows good cause for such failure. Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE in writing no later than **April 15, 2022** why the case should not be dismissed without prejudice pursuant to Rule 4(m).

**SO ORDERED.**

Dated:    April 7, 2022
             New York, New York

                                                          _/s/ Andrew L. Carter, Jr._
                                                          **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**