UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHLEEN LAWTON,<br><br>       Plaintiff,<br><br>    v.<br><br>DOVER MOTORSPORTS INC, DENIS MCGLYNN, HENRY TIPPIE, TIMOTHY HORNE, PATRICK BAGLEY, JEFFREY ROLLINS, MICHAEL TATOIAN, RADCLIFF HASTINGS, and ANASTASIA NARDANGELI,<br><br>       Defendants. | Case No.: 21-cv-10414 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 8, 2022

                                                  **MOORE KUEHN, PLLC**

                                                  */s/Justin Kuehn*
                                                  Justin A. Kuehn
                                                  Fletcher W. Moore
                                                  30 Wall Street, 8th floor
                                                  New York, New York 10005
                                                  Tel: (212) 709-8245
                                                  jkuehn@moorekuehn.com
                                                  fmoore@moorekuehn.com

                                                  *Attorneys for Plaintiff*